IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GABRIEL SILLS, | Case No. 1:14-cv-00638-CL |
| Petitioner, | ORDER |
| v. | |
| DAVID B. LONG; <br> ELLEN F. ROSENBLUM, <br> Attorney General of Oregon | |
| Respondents. | |

Gabriel Sills
Eloy, AZ 85131
   Pro se

**PANNER, District Judge:**

On January 21, 2016, Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (# 43), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed an objection (# 47), and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude that the Findings and Recommendation is correct.

PAGE 1 – ORDER

## CONCLUSION

I ADOPT the Findings and Recommendation of Magistrate Judge Clarke. Petitioner's Petition for Writ of Habeas Corpus (# 2) is DENIED. I also adopt the Magistrate Judge's recommendation to decline to issue a certificate of appealability as petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated this ___1___ day of September, 2016.

OWEN M. PANNER
U.S. DISTRICT JUDGE

PAGE 2 – ORDER